# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA RANGEL, a minor, by and through her guardian ad litem, Jeffrey Rangel,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>    Defendant. | CASE NO.  14-CV-1273(DMS) BGS<br><br>**ORDER DENYING APPROVAL OF MINORS' COMPROMISE WITHOUT PREJUDICE**<br><br>[Doc. No. 24] |

On April 24, 2015, the parties filed a Joint Motion to Dismiss and Approve Minor's Compromise. (ECF No. 24.) Pursuant to Civil Local Rule 17.1, actions involving minors may not be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment.

This court has a duty to protect the interests of minors participating in litigation before the court. *Salmeron v. United States*, 724 F.2d 1357, 1363 (9th Cir.1983). To carry out this duty, the court must "conduct its own inquiry to determine whether the settlement serves the best interests of the minor." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir.2011) (internal quotations omitted). The court's inquiry focuses solely on an evaluation of "whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable, in light

of the facts of the case, the minor's specific claim, and recovery in similar cases." *Ribodoux*, 638 F.3d at 1182. This evaluation must be made "without regard to the proportion of the total settlement value designated for adult co-plaintiffs or plaintiffs' counsel." *Id.*

The record before the Court does not provide enough information to determine whether the settlement serves the best interest of the minor given that the agreement was not reached during a court sponsored settlement conference nor does it contain any factual information.  First, the settlement does not provide for any payment of money to the minor.  Rather, the parties agree to dismiss the case in exchange for a waiver of costs and a general release. [ECF No. 24 at 2.] The motion also fails to include a declaration from minor's counsel or the guardian ad litem explaining the basis for the conclusion that there "is no good cause to proceed with the case because the claims lack required expert support."  [ECF No. 24 at 2.]  As such, the motion is DENIED without prejudice to allow the parties to file the motion with proper support.  The Court requires counsel and the guardian ad litem to submit declarations setting forth the research and analysis that led to the conclusion that the proposed minor's compromise is fair and reasonable in light of the facts of the case.

IT IS SO ORDERED.

DATED: May 1, 2015                    By: _____
                                       Honorable Bernard G. Skomal
                                       United States District Court
                                       Southern District of California